UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alain SAYVONGSA,<br><br>                              Petitioner,<br><br>v.<br><br>Kristi NOEM, et al.,<br><br>                              Respondents. | Case No.:  25-cv-2867-AGS-DEB<br><br>**ORDER GRANTING HABEAS CORPUS PETITION (ECF 1), GRANTING MOTION FOR APPOINTMENT OF COUNSEL (ECF 5), AND DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER (ECF 2)** |

For the reasons stated on the record at the October 31, 2025 hearing, petitioner Alain Sayvongsa's petition for a writ of habeas corpus is **GRANTED** because the government violated its own regulations in re-detaining him. His motion for a temporary restraining order is **DENIED as moot**.

Respondents are ordered to immediately release Sayvongsa from custody subject to the conditions of the Order of Supervision that was in place before ICE re-detained him in October 2025.

Dated:  October 31, 2025

_____

Hon. Andrew G. Schopler
United States District Judge